

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00044-CV

| | | |
|---|---|---|
| ULYSSES ASSET SUB I, LLC, Appellant | § | On Appeal from the 352nd District Court |
| V. | § | of Tarrant County (352-300659-18) |
| | § | October 10, 2019 |
| SINCLAIR HOLDINGS, LLC, Appellee | § | Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

It is further ordered that Ulysses Asset Sub I, LLC shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Dabney Bassel_____
Justice Dabney Bassel